IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Woodbridge Group of Companies LLC,<br><br>　　　　　　　Debtor. | Chapter 11<br><br>Case No. 17-12560-BLS |
| Michael Goldberg, as Liquidating Trustee of the Woodbridge Liquidation Trust, successor in interest to the estates of Woodbridge Group of Companies, LLC, *et al.*,<br><br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>Ascensus, LLC dba Provident Trust Group, Custodian for the Benefit of Peddada Family Trust ICA and Tarakam Peddada,<br><br>　　　　　　　Defendants. | Adv. Pro. No. 19-50591-BLS |

## **MEDIATION STATUS REPORT**

In accordance with this Court's Order Assigning Adversary Proceeding to Mediation, dated December 12, 2019, the undersigned Mediator reports that the matter has been not been completed and hereby provides a projected schedule for completion.

The undersigned mediator expects that the mediation will be concluded as soon as reasonably practicable for the following reason:

　_X_　OTHER:  Due to the COVID-19 crisis, the parties have requested to wait until it is safe to go forward with in person mediations.

|  |  |
|---|---|
| Dated:  August 3, 2020 | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|  | */s/ Derek C. Abbott*                                    |
|  | Derek C. Abbott (#3376) |
|  | 1201 North Market Street |
|  | P.O. Box 1347 |
|  | Wilmington, DE 19899-1347 |
|  | Phone:  (302) 351-9357 |
|  | Facsimile:  (302) 425-4664 |

13774560